UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

November 8, 2012
ECO-027

No. <u>12-8100</u>

ERIE INSURANCE EXCHANGE, et al.

v.

ERIE INDEMNITY COMPANY,
Petitioner

(W.D. Pa. No. 2-12-cv-01205)

Present:  FUENTES, CHAGARES and ROTH, <u>Circuit Judges</u>

1.  Petition for Leave to Appeal Pursuant to 28 U.S.C. §1453(c);

2.  Response to Petition for Leave to Appeal Pursuant to 28 U.S.C. §1453(c)
    by Respondent;

3.  Motion by Petitioner for Leave to File Reply to Petition;

4.  Reply by Petitioner

5.  Motion by Petitioner  to supplement Petition for Permission to Appeal.

Respectfully,
Clerk/tyw

_____ORDER_____
The foregoing Petition and Motion are GRANTED.

This order granting the petition for leave to appeal will serve as the notice of
appeal and will be forwarded to the district court.  Petitioner/Appellant must pay the
$455.00 docketing and filing fee in the district court within two days of the date of this
order.  Petitioner/Appellant is directed to notify the Clerk's Office, in writing, that the fee
has been paid in accordance with this order.  Petitioner/Appellant may file the
notification electronically in No. 12-8100 using the Letter to the Court event in the
Court's electronic case filing (ECF) system.  Upon payment, this miscellaneous
proceeding will be closed and a new appeal will be opened on the general docket.  All
filing discussed below must be done electronically in the new appeal.

The appeal will be EXPEDITED.  The parties are hereby ordered to file informal, double-spaced letter briefs on the following schedule:

1.  Appellant's Letter Brief and Joint Appendix to be filed and served by February 21, 2013;

2.  Appellee's Letter Brief to be filed and served by February 28, 2013; and

3.  Appellant's Reply Brief, if any, to be filed and served by March 5, 2013.

Opening briefs must not exceed 20 pages and the reply brief must not exceed 10 pages. The appeal will be calendared before this Panel for oral argument on March 18, 2013. The Clerk is directed to file a copy of this order in the new appeal.


By the Court,


/s/ Julio M. Fuentes
Circuit Judge


Dated:           February 14, 2013
tyw/cc:          Steven B. Feirson, Esq.
                 Michael L. Kichline, Esq.
                 Donald c. LeGower, Esq.
                 Ira L. Podheiser, Esq.
                 William M. Radcliffe, III, Esq.

A True Copy:

Marcia M. Waldron

Marcia M. Waldron, Clerk