IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 13-1415
_____

ERIE INSURANCE EXCHANGE,
an unincorporated association; JOSEPH S. SULLIVAN;
ANITA SULLIVAN; PATRICIA R. BELTZ;
JENNA L. DEBORD

v.

ERIE INDEMNITY COMPANY,
Appellant

_____

On Appeal from the District Court
for the Western District of Pennsylvania
(No. 2:12-cv-1205)
District Judge: Honorable Terrence F. McVerry

_____

Argued March 18, 2013

Before: FUENTES, CHAGARES and ROTH, *Circuit Judges*

JUDGMENT

This cause came to be heard on the record from United States District Court for the Western District of Pennsylvania and was argued by counsel on March 18, 2013. On consideration whereof, it is now hereby

      ORDERED and ADJUDGED by this Court that the Order of the District Court entered on October 10, 2012, be and the same is hereby AFFIRMED.  Costs taxed against appellant.  All of the above in accordance with the opinion of this Court.

                    ATTEST:

                    /s/ Marcia M. Waldron
                    Marcia M. Waldron, Clerk

Dated:   June 28, 2013

**Certified as a true copy and issued in lieu of a formal mandate on** August 6, 2013

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**